UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>(21) ADAM RODRIGUEZ<br>*Defendant* | §<br>§<br>§<br>§   No.: SA:19-CR-00370(21)-XR<br>§<br>§ |

**ORDER SETTING REARRAIGNMENT AND PLEA**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **02:30 PM, in Courtroom A**, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on **Tuesday, March 18, 2025.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to Defendant, counsel for Defendant, the United States Attorney, U.S. Pretrial Services, and the United States Probation Office.  Further, counsel for Defendant shall notify the defendant of this setting.  If the defendant is on bond, Defendant shall be present for the hearing.

**IT IS SO ORDERED** this **27th day of February, 2025.**

_____
**ELIZABETH S. ("BETSY") CHESTNEY**
**UNITED STATES MAGISTRATE JUDGE**